1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|                        |   |                              |
|------------------------|---|------------------------------|
|                        | ) |                              |
|                        | ) |                              |
|                        | ) |                              |
| Plaintiff,             | ) | CASE NO. _____ |
|                        | ) |                              |
| vs.                    | ) | **APPLICATION TO PROCEED**   |
|                        | ) | **IN FORMA PAUPERIS**        |
|                        | ) |                              |
|                        | ) |                              |
| Defendant.             | ) |                              |
| _____  | ) |                              |

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.  I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7          a.      Business, Profession or                Yes ____ No ____

8                  self employment?

9          b.      Income from stocks, bonds,             Yes ____ No ____

10                 or royalties?

11         c.      Rent payments?                         Yes ____ No ____

12         d.      Pensions, annuities, or                Yes ____ No ____

13                 life insurance payments?

14         e.      Federal or State welfare payments,     Yes ____ No ____

15                 Social Security or other govern-

16                 ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.      Are you married?                              Yes ____ No ____

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?        Yes ____  No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?        Yes ____  No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?   Yes ____  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                          Yes ____  No ____

_____

8.      What are your monthly expenses?

Rent:  $ _____ Utilities:  _____

Food:  $ _____ Clothing:  _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

_____

10.      Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.


_____          _____

      DATE                              SIGNATURE OF APPLICANT